UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

―――――

R<small>ICHARD</small> B<small>RYANT</small>,

        Plaintiff,               Case No. 2:20-cv-217

v.                                      Honorable Paul L. Maloney

U<small>NKNOWN</small> T<small>HRELFALL</small> et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:   November 13, 2020              /s/ Paul L. Maloney
                                                     Paul L. Maloney
                                                     United States District Judge